# EXHIBIT A

FILED FOR RECORD
HARRISON, COUNTY, TEXAS
CLERK DISTRICT COURT

2014 FEB 14 AM 10:10

MELINDA CRAIG

BY_____
       DEPUTY

CAUSE NO. 14-0118

| | | |
|---|---|---|
| JOHNNIE STEPHENS<br>Plaintiff, | § § § § § § | IN THE DISTRICT COURT |
| V. | § § § § § | 71st JUDICIAL DISTRICT |
| CONVERGENT OUTSOURCING, INC.<br>Defendant. | § § | HARRISON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

### I. INTRODUCTION

1. This is an action for damages brought by Plaintiff, Johnnie Stephens, for violations of the Fair Debt Collection Practices Act, 15, U.S.C. § 1692, et seq. (hereinafter "FDCPA") committed by Defendant, Convergent Outsourcing, Inc.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an FDCPA action to be brought in any court of competent jurisdiction. Venue in this county is proper because Defendant conducts business here and the conduct complaint of occurred here.

### III. PARTIES

3. Plaintiff is a natural person residing at 1324 Don Long Road, Waskom, TX 75692, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

4. Defendant is a corporation engaged in the business of collecting debts in this state with its principal place of business located at 800 SW 39th Street, Renton, WA 98057.

5. Defendant may be served by serving its registered agent, CT Corporation System, 350 N. Saint Paul, Suite 2900, Dallas, TX 75201-4234.

5. The principal business purpose of Defendant is the collection of debts using the mail and telephone and Defendant regularly attempts to collect debts alleged to be due to another.

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS AND CLAIMS

7. Plaintiff incurred a financial obligation that was primarily for personal enjoyment and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692(a)5.

8. Sometime thereafter the alleged debt was consigned, placed, or otherwise transferred to Defendant for collection from Johnnie Stephens.

9. On March 25, 2013, Plaintiff's attorney, Gabriel Meyrat, sent a letter of representation by certified mail to Defendant informing Defendant to send *all* communications with regard to Johnnie Stephens to Gabriel Meyrat.

10. Soon after, Defendant received the letter and signed the green card that accompanied the letter.

11. Despite knowledge that Mr. Stephens was represented by an attorney, Defendant mailed a collection letter to Mr. Stephens on December 12, 2013.

12. By sending the collection letter to Mr. Stephens despite knowledge of attorney representation, Defendant violated 15 U.S.C. § 1692c of the FDCPA which states that a debt collector may not communicate with a consumer in connection of any debt if the debt collector knows the consumer is represented by an attorney.

13. As a result of the above violation of the FDCPA, Defendant is liable to Plaintiff for statutory damages, costs, and attorney's fees.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant as follows:

A. For an award of statutory damages in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)2(A).

B. For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)3; and

C. For such other and further relief as may be just and proper.

Respectfully Submitted,

_____
Gabriel Meyrat
State Bar No. 24053935
P.O. Box 570396

Dallas, Texas 75357
(214) 403-5928
ATTORNEY FOR PLAINTIFF

FILED FOR RECORD
HARRISON, COUNTY, TEXAS
CLERK DISTRICT COURT

2014 FEB 14 AM 10:09

BY_____
DEPUTY

**Gabriel S. Meyrat**
*Attorney at Law*

P.O. Box 570396
Dallas, Texas 75357
Tel: (214) 403-5928
Email: gmeyrat@gmail.com

February 12, 2014

**VIA REGULAR MAIL**

Harrison County District Clerk
200 W. Houston, Suite 234
Marshall, Texas 75671

Re: Johnnie Stephens v. Convergent Outsourcing, Inc.

Dear Sir / Madam:

    Find enclosed for filing an original and two copies of ***Plaintiff's Original Petition***. You will find enclosed a check in the amount of $340.00. Please prepare citation and have Defendant served by certified mail return receipt requested. Return a file-stamped copy of ***Plaintiff's Original Petition*** in the self-addressed stamped envelope provided for your convenience.

Yours Truly,

Gabriel Meyrat
Attorney at Law

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: **14-0118**     COURT *(FOR CLERK USE ONLY)*: _____

STYLED: **Johnnie Stephens v. Convergent Outsourcing, Inc.**
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact Information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: **GABRIEL MEYRAT** | Email: **gmeyrat@gmail.com** | Plaintiff(s)/Petitioner(s): **Johnnie Stephens** | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address: **P.O. Box 570396** | Telephone: **(214) 463-5928** | | Additional Parties in Child Support Case: |
| City/State/Zip: **Dallas, TX 75357** | Fax: | Defendant(s)/Respondent(s): **Convergent Outsourcing, Inc.** | Custodial Parent: |
| Signature: *Mey-t* | State Bar No: **24053935** | [Attach additional page as necessary to list all parties] | Non-Custodial Parent:<br>Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
- ⊙ Consumer/DTPA
- Debt/Contract
- Fraud/Misrepresentation
- Other Debt/Contract:

*Foreclosure*
- Home Equity—Expedited
- Other Foreclosure

Franchise
Insurance
Landlord/Tenant
Non-Competition
Partnership
Other Contract: _____

**Injury or Damage**
- Assault/Battery
- Construction
- Defamation
*Malpractice*
- Accounting
- Legal
- Medical
- Other Professional Liability: _____

- Motor Vehicle Accident
- Premises
*Product Liability*
- Asbestos/Silica
- Other Product Liability
  List Product: _____

Other Injury or Damage: _____

**Real Property**
- Eminent Domain/ Condemnation
- Partition
- Quiet Title
- Trespass to Try Title
- Other Property: _____

**Related to Criminal Matters**
- Expunction
- Judgment Nisi
- Non-Disclosure
- Seizure/Forfeiture
- Writ of Habeas Corpus— Pre-indictment
- Other: _____

### Family Law

**Marriage Relationship**
- Annulment
- Declare Marriage Void
*Divorce*
- With Children
- No Children

**Other Family Law**
- Enforce Foreign Judgment
- Habeas Corpus
- Name Change
- Protective Order
- Removal of Disabilities of Minority
- Other: _____

**Post-judgment Actions (non-Title IV-D)**
- Enforcement
- Modification—Custody
- Modification—Other

**Title IV-D**
- Enforcement/Modification
- Paternity
- Reciprocals (UIFSA)
- Support Order

**Parent-Child Relationship**
- Adoption/Adoption with Termination
- Child Protection
- Child Support
- Custody or Visitation
- Gestational Parenting
- Grandparent Access
- Parentage/Paternity
- Termination of Parental Rights
- Other Parent-Child: _____

**Employment**
- Discrimination
- Retaliation
- Termination
- Workers' Compensation
- Other Employment: _____

**Other Civil**
- Administrative Appeal
- Antitrust/Unfair Competition
- Code Violations
- Foreign Judgment
- Intellectual Property

- Lawyer Discipline
- Perpetuate Testimony
- Securities/Stock
- Tortious Interference
- Other: _____

### Tax
- Tax Appraisal
- Tax Delinquency
- Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
- Dependent Administration
- Independent Administration
- Other Estate Proceedings

*Guardianship*—Adult
*Guardianship*—Minor
Mental Health
Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

- Appeal from Municipal or Justice Court
- Arbitration-related
- Attachment
- Bill of Review
- Certiorari
- Class Action

- Declaratory Judgment
- Garnishment
- Interpleader
- License
- Mandamus
- Post-judgment

- Prejudgment Remedy
- Protective Order
- Receiver
- Sequestration
- Temporary Restraining Order/Injunction
- Turnover

*FILED FOR RECORD HARRISON COUNTY, TEXAS CLERK DISTRICT COURT — 2014 FEB 24 AM 11:09*





CAUSE NO. 140118

| | | |
|---|---|---|
| JOHNNIE STEPHENS, Plaintiff, | § § § | IN THE DISTRICT COURT |
| vs. | § § | 71st JUDICIAL DISTRICT |
| CONVERGENT OUTSOURCING, INC. Defendant. | § § § § | HARRISON COUNTY, TEXAS |

FILED FOR RECORD
HARRISON. COUNTY, TEXAS
CLERK DISTRICT COURT
2014 MAR 19 AM 10: 22
BY _____ DEPUTY

## DEFENDANT CONVERGENT OUTSOURCING, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Convergent Outsourcing, Inc., the Defendant herein, and files its Original Answer and would respectfully show unto the Court as follows:

### I.
### GENERAL DENIAL

As authorized by Rule 92, Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations found in Plaintiff's Petition and, since they are allegations of fact, the Plaintiff should be required to prove the allegations asserted against Defendant by a preponderance of the evidence in accordance with the laws of the State of Texas.

### II.
### AFFIRMATIVE DEFENSES

Plaintiff has failed to mitigate damages, if any.

Plaintiff's damages, if any, are result of actions of third party over which this Defendant has no control.

Any violations, if they occurred, were the result of bona fide error.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully asks the Court to:

1) Find Plaintiff's claims are not valid.

2) Enter judgment that Plaintiff take nothing from this Defendant.

Respectfully submitted,

ROBBIE MALONE, PLLC

*/s/ Robbie Malone*
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@rmalonelaw.com
XERXES MARTIN
State Bar No. 24078928
Email: xmartin@rmalonelaw.com
DREW JONES
State Bar No. 24083269
Email: djones@rmalonelaw.com
ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to Plaintiff's counsel via First Class Mail and Certified Mail Return Receipt Requested on this 14th day of March, 2014 to:

Gabriel Meyrat
P.O. Box 570396
Dallas, Texas 75257

*/s/ Robbie Malone*
ROBBIE MALONE

# Robbie Malone
A Professional Limited Liability Company
Attorneys and Counselors

Robbie Malone
DIRECT DIAL: (214) 346-2625
E-MAIL: rmalone@rmalonelaw.com

FILED FOR RECORD
HARRISON COUNTY, TEXAS
CLERK DISTRICT COURT

2014 MAR 19 AM 10: 22

MELLINDA CRAIG

NORTHPARK CENTRAL, SUITE 1850
8750 NORTH CENTRAL EXPRESSWAY
DALLAS, TEXAS 75231
(214) 346-2630
FAX (214) 346-2631

March 14, 2014

Mellinda Craig, District Clerk
Harrison County Courthouse
200 West Houston Suite 234
Marshall, Texas 75671

**_VIA U.S. FIRST CLASS MAIL_**

RE: Cause No. 140118, *Johnnie Stephens v. Convergent Outsourcing, Inc.*, in the 71st Judicial District Court, Harrison County, Texas

Dear Ms. Craig:

Enclosed is the original plus one copy of Defendant Convergent Outsourcing, Inc.'s Original Answer to Plaintiff's Original Petition for filing into the Court's record regarding the above-referenced matter. Please file-stamp the copy and forward to me in the enclosed return envelope.

By copy of this letter, opposing counsel is being served with a copy of same.

Thank you for your assistance in this matter.

Sincerely yours,

Claudia Tate

Claudia Tate
Legal Secretary

:ckt
Enclosures
Cc: **_VIA CERTIFIED MAIL,_**
**_RETURN RECEIPT REQUESTED_**
<u>7010 2780 0000 4546 4255</u>
Gabriel Meyrat *w/ enclosure*
P.O. Box 570396
Dallas, Texas 75257

M:\253.0000 Convergent Outsourcing, Inc\253.0006 Johnnie Stephens v. Convergent Outsourcing, Inc\253.0006 letter to clerk filing Answer.docx