**IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOHNNIE STEPHENS<br>　　Plaintiff, | § § § § § | |
| V. | § | Civil Action No. 2:14:CV-248-JRG |
| | § § | |
| CONVERGENT OUTSOURCING, INC.,<br>ET AL.<br>　　Defendant. | § § § | |

**ORDER OF DISMISSAL**

　　Before the Court is the parties' Joint Stipulation of Dismissal. Based on the agreement of the parties, and for good cause shown, the Court ORDERS that this matter is hereby dismissed with prejudice. Each party shall bear their own costs, fees and expenses.

　　**So ORDERED and SIGNED this 23rd day of April, 2014.**

```
_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
```